PETER H. KLEE, Cal. Bar No. 111707
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:   619.338.6500
Facsimile:   619.234.3815
E mail       pklee@sheppardmullin.com

SCOTT SVESLOSKY, Cal. Bar No. 217660
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone:   213.620.1780
Facsimile:   213.620.1398
E mail       ssveslosky@sheppardmullin.com

Attorneys for Defendant
ALLSTATE NORTHBROOK
INDEMNITY COMPANY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KEVIN WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY and DOES 1 to 50,<br><br>    Defendants. | Case No. 2:21-cv-00994-RGK-JPR<br><br>Assigned to Judge R. Gary Klausner<br><br>[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE<br><br>Complaint Filed: October 27, 2020 |

### [PROPOSED] ORDER

The Court having reviewed the parties' Stipulation re Dismissal of Entire Action with Prejudice, and good cause appearing thereof, the Court issues the following Order:

1.   That this action be dismissed with prejudice as against Defendant Allstate Northbrook Indemnity Company.

2. The parties shall bear their own fees and costs.

SO ORDERED.

Dated: July 20, 2021

By _____
The Hon. R. Gary Klausner
U.S. DISTRICT COURT JUDGE
CENTRAL DISTRICT OF CALIFORNIA